UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| JERRY ELKINS, | ) |
| Movant, | ) |
| v. | ) No. 4:16 CV 645 CDP |
| UNITED STATES OF AMERICA, | ) |
| Respondent. | ) |

## MEMORANDUM AND ORDER

Movant's Rule 59 motion to alter or amend my April 9, 2018 Memorandum and Order and Judgment will be denied as movant has made no factual or legal arguments demonstrating that he is entitled to relief under 28 U.S.C. § 2255.

Accordingly,

**IT IS HEREBY ORDERED** that movant's motion under Rule 59 [22] is denied.

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 16th day of May, 2018.